# WL| Wright Law
## ATTORNEY AT LAW

**299 Broadway, Suite 708**
**New York, NY 10007**
**Office (212) 822-1419 • Facsimile (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

August 1, 2024

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_/s/_
Ronnie Abrams, U.S.D.J.
August 2, 2024

**Re:**   *United States* v. *Charlie Hernandez 24-cr-00447-RA*

Dear Judge Abrams

    I write the Court to respectfully request that Charlie Hernandez' bail conditions be temporarily modified to allow him to travel with his parents to North Carolina for a brief family vacation.

    Mr. Hernandez' plan is to drive from his home in New Jersey on August 5, 2024 and spend 3 nights in North Carolina returning by car to his home in New Jersey on August 8, 2024.

    Pretrial Services, through Officer Francesca Tessier, has no objection to the instant request and the U.S. Government, through AUSA Benjamin Gianforti, has no objection and defers to Pretrial Services. Thank you.

Sincerely,
/s/
Christopher Wright