# WL| Wright Law

**ATTORNEY AT LAW**

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

November 6, 2024

<u>VIA ECF</u>
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, New York 10007

      **Re:**   *United States* **v.** *Charlie Hernandez 24*-**CR-00447 (RA)**

Dear Judge Abrams:

    I represent Charlie Hernandez and write today to respectfully request an adjournment of Mr. Hernandez's sentence which is currently scheduled for November 15, 2024. This is my fist such request and it is made with the gracious consent of the government.

    I am still awaiting important medical records from Mr. Hernandez that are relevant to his sentence and I should have those documents within the next few weeks. In addition, I have been on trial in a matter in Queens County Supreme Court, Criminal Term (*People v. Deshain Cockett*) and will need some additional time to prepare a sentencing memo on behalf of Mr. Hernandez.

    The parties would be available during the week of December 16, 2024, or a date thereafter that is most convenient for the Court. Thank you.
.

                                              Sincerely,
                                              /s/
                                              Christopher Wright

Cc: ASUA Benjamin Gianforti