# WL| Wright Law
### ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

December 6, 2024

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 6, 2024

      Re:    *United States* v. *Charlie Hernandez* 24-CR-00447 (RA)

Dear Judge Abrams:

    I represent Charlie Hernandez and his sentence is scheduled for December 20, 2024. I write today to respectfully request an extension of the due date for the defense sentencing submission until Tuesday, December 10, 2024.

    I make this request as I have been attending to an unexpected health matter with my elderly mother this week. The instant request is made with the gracious of the consent of the government from AUSA Benjamin A. Gianforti.

    Thank you.
.

                                                         Sincerely,
                                                        /s/
                                                        Christopher Wright

Cc: ASUA Benjamin Gianforti