# WL| Wright Law
### ATTORNEY AT LAW

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
**wrightlawnyc@gmail.com**
www.wrightlaw.nyc

December 10, 2024

**VIA ECF**
The Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

        **Re:**   *United States* **v.** *Charlie Hernandez 24-CR-00447(RA)*

Dear Judge Abrams:

        The undersigned respectfully submits this letter in advance of Charlie Hernandez's ("Charlie" or "Mr. Hernandez") sentencing proceeding, which is scheduled for December 20, 2024, following his July 25, 2024 guilty plea, to the sole count on the instant Information for Operating an Unlicensed Money Transmission Business in violation of 18 U.S.C. §1960(b)(1)(C).

## I.    <u>Preliminary Statement</u>

        There is no excuse for my actions. I know that no apology can undo the damage I've caused or make right the wrongs I've committed. But I want you to know, with all my heart, how truly sorry I am. My decisions are now a ton of weight sitting on my chest, and the consequences playing over and over in my head. I have hurt people I love and respect, and the guilt I feel is overwhelming.

        -Charlie Hernandez[1]

        ██████████ ████████ Charlie worked as a flight attendant for JetBlue airlines for over 22 years in a job that he absolutely loved and was well regarded by his colleagues as demonstrated by the attached letters from his JetBlue co-workers. ████████████

---
[1] Statement from Charlie Hernandez is attached as Exhibit A.

██████████████████████  ████████████████████████████
████████████████████████████████████████████████
Charlie regretfully yielded to the temptation of making easy money and abused his position as a
flight attendant to evade Transportation Security Administration ("TSA") screening and
smuggled money to the Dominican Republic.  Money he knew to be the proceeds of narcotics
sales.  In doing so, he devastated his loved ones, betrayed himself and committed a serious
crime.

It is a universally acknowledged truth that accepting one's transgression is the first step
towards redemption. ████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████ With the wisdom of being a middle-aged man
██████████████████████████████████and facing the frightening abyss of a jail sentence, Charlie
truly understands the profound harm his actions have caused society.   Charlie now wakes up
every morning with the crushing awareness of the gravity and consequence of his criminal
conduct; conduct for which he readily accepted responsibility, pled guilty and stands ready to be
sentenced.

We respectfully request the Court sentence Charlie to a term of home confinement,
community service and post-release supervision as the Court deems just and appropriate;
needless to say we are cognizant that this request is a significant variance from the guideline
range.  The sentence requested by the defense would properly account for Charlie's role in this
offence, his prompt acceptance of responsibility, ████████████████  ████████████████
████████████████████████████████████████

## II.     **Legal Standard**

As this Court is undoubtedly aware, the United States Supreme Court decision in *United
States v. Booker*, 543 U.S. 220 (2005), has reshaped the way a sentencing judge can impose a
sentence. The sentencing court may consider the U.S.S.G guideline range, as well as any basis to
depart from that range. However, the court is no longer required to impose a sentence within that
range. In fact, the federal sentencing guidelines are but one factor among several in determining
an appropriate sentence. *Kimbrough v. United States*, 552 U.S. 85, 109 (2007).

The guidelines are only the "starting point and initial benchmark…" *Id., citing Gall v.
United States*, 552 U.S. 38, 50 (2007). "Sentencing courts are not to 'presume that the Guidelines
range is reasonable,' and instead they 'must make an individualized assessment based on the
facts presented.'" *United States v. Thavaraja*, 740 F.3d 253, 259 (2d Cir. 2014) (internal citations
omitted). It is the sentencing judge who has the advantage of familiarity with the details of the
case and can best evaluate the import of the § 3553(a) factors. *Id., Kimbrough*, 552 U.S. at 109,
*citing Gall*, 552 U.S. at 51.

In determining a sentence for Mr. Hernandez that is "sufficient, but not greater than
necessary," the first of those factors the judge must consider is "the nature and circumstances
of the offense and the history and characteristics of the defendant." 18 U.S.C. § 3553(a)(1). Without
a doubt, the breadth of this factor alone extends far beyond the guidelines and implores the
sentencing judge to consider the unique circumstances and characteristics of Mr. Hernandez. A

2

consideration of those characteristics, along with the remaining six factors,[2] may render sentences that do not fit within the guidelines, yet are fair and meet the goals of sentencing set forth in 18 U.S.C. § 3553(a)(2).

More explicitly those sentencing goals include:

[T]he need for the sentence imposed:
(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
(B) to afford adequate deterrence to criminal conduct;
(C) to protect the public from further crimes of the defendant; and
(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner[.]
*See,* 18 U.S.C. § 3553(a)(2)

Therefore, the Court may not simply presume that the Guidelines range is reasonable. *Gall*, at 50. Rather, the Court must make an individualized assessment based on the facts presented. From its unique vantage, the Court may conclude that, despite the guidelines, "in a particular case, a within-Guidelines sentence is 'greater than necessary' to accomplish the goals of sentencing. . ." *Kimbrough*, 552 U.S. at 101, *citing* 18 U.S.C. § 3553(a). The not "greater than necessary" language of the federal sentencing statute incorporates the need for the sentence to "reflect the seriousness of the offense," "promote respect for the law" and "provide just punishment for the offense." 18 U.S.C. § 3553(a). Indeed, as the Supreme Court suggested in *Gall*, a sentence of imprisonment may not promote respect for the law if it appears unduly harsh in light of the real conduct and circumstances of the particular case. *Gall*, at 54; *see also Rita v. United States*, 551 U.S. 338, 351 (2007) (observing that district court may consider arguments that "Guidelines sentence itself fails properly to reflect § 3553(a) considerations").

There is no dispute between the Pre-Sentence Report ("PSR") and the plea agreement concerning the applicable guidelines range; both calculate Mr. Hernandez's guidelines range to be 24 months to 30 months. PSR ¶¶4(i), 67. Probation recommends a downward variance sentence of 18 months of imprisonment to be followed by three (3) years of supervised release. PSR at pg. 23. We respectfully request a sentence significantly below that recommended by Probation, a sentence that would properly account for all of the § 3553(a) factors.

---

[2]  The seven factors are (1) the nature and circumstances of the offense and the history and characteristics of the offender; (2) the need for the sentence imposed to reflect the goals of sentencing set forth in § 3553(a)(2); (3) the kinds of sentences available; (4) the kinds of sentence and the sentencing range established for the applicable category of offense; (5) any pertinent policy statement issued by the Sentencing Commission; (6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (7) the need to provide restitution to any victims. See 18 U.S.C. § 3553(a).

III.    **18 U.S.C. § 3553(a) Factors**

*(1) Nature and Circumstances of the Offense – Acceptance of Reasonability*

By every measure Charlie was leading an exemplary and fulfilling career as an international flight attendant flying across the world and flourishing during his long tenure at JetBlue Airways. PSR ¶61. Yet he was living a paradoxical and well-hidden life as a courier to smuggle drug proceeds for a long-time friend who is described as "CW-1" in the PSR. PSR ¶15. Since, Charlie was a flight attendant he was able to avoid the usual TSA screening required of passengers. PSR ¶11. At the direction of CW-1, Charlie illegally smuggled money from the United States to the Dominican Republic from 2014 up and until December of 2019. PSR ¶¶15-18. For this, Charlie was compensated with a small percentage of the money he smuggled out of the country. Id.

In addition to Charlie, CW-1 also used another JetBlue flight attendant, Sarah Valerio Pujols, to smuggle money back to the Dominican Republic, and on December 19, 2019, Ms. Pujols was detained by Customs and Border Protection ("CBP") agents and found to be in possession of $60,000 in cash. PSR ¶18. Shortly thereafter, Ms. Pujols was terminated by JetBlue airlines. Id. Charlie was present for Ms. Pujol's detention by CBP and bearing witness to that deeply terrified Charlie, and he immediately stopped smuggling money for CW-1. On that fateful day, Charlie also had $60,000 provided by CW-1, undetected by CBP, but he was so frightened he did not deliver the money to his contact in the Dominican Republic. Rather, Charlie simply stashed the money on a JetBlue aircraft and to this day is unaware of what became of that money. Thereafter, Charlie completely stopped smuggling any money to the Dominican Republic; all the while he remained employed by JetBlue as an international flight attendant.

Charlie was arrested almost five years later on May 7, 2024, and his world collapsed; he quickly realized the gravity of his situation, he was promptly fired by JetBlue and he was so

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

████████ and measured introspective have brought wondrous clarity to Charlie:

Since my arrest, I have spent countless hours looking inward, trying to understand the reasons behind my actions, and confronting the flaws in my character that led me to this point. ████████████████████████████████████████
████████████  ████████████████████████████████████████
████████████████████████████████  However, I now know that while these challenges played a role, I alone am responsible for the harm I caused.

---

[3] ████████████████████████████████████████████

Ex. A.

To be sure, Charlie readily concedes that his role as a "courier" does not minimize his offense conduct or the risks attendant to any illegal money transmitting business. Charlie has expressed profound remorse when he reflects upon his offense conduct and he readily admits that his offense conduct is "*not* a victim-less crime." He further categorically accepts his indispensable role in this crime and more meaningfully he accepts his shameful role in our nation's existential struggle with narcotics abuse.

### *(2) History and Characteristics*

### Charlie Hernandez's Upbringing

Charlie was born in the Dominican Republic in 1982 and raised by hardworking and loving parents who labored to instill Catholic values and a strident work-ethic in him despite their financial deprivations in their native country. PSR ¶42. Charlie came to the United States when he was 11 years old with his family as they longed for a better and more prosperous life here in New York City. PSR ¶45. In 2003, Charlie very proudly was naturalized as a United States citizen. Id. After his arrival in New York, Charlie attended local public schools in Queens and eventually received an associate's degree from a now defunct college in Manhattan. PSR ¶¶58-59.

Charlie's father owned a bodega in Queens and was able to provide Charlie and his older sister, Floris Hernandez, with a middle-class upbringing; becoming the living embodiment of the paradigmatic immigrant success story. PSR ¶¶42, 44. Charlie's parents clearly cherish their son writing "we had hopes that he would grow up to be successful and kind. Our wish had come true; our son was a professional who is loved by many." Ex. C at 7.[4]

---

[4] A collection of 12 letters from family, friends and colleagues are attached as Exhibit C, which are bate-stamped for ease of reference.

████ ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████████████████

**Charlie Hernandez's Adulthood**

A defining moment for Charlie was in 2002 when he started working for JetBlue and so began a remarkably successful career with that airline extending for over 20 years. PSR ¶61. It was a job that brought him great joy, provided him with a middle-class lifestyle and enriched his life with co-workers who became close friends. Illustrative of his professional success are the supportive letters from his former JetBlue colleagues; Maria Ortega who has known Charlie for over 20 years forcefully writes:

> [Charlie] is and always will be a hard working individual, very professional at his job and always made sure his passengers and fellow colleagues were well taken care of… I can depend on him when I need a pep talk, some advice or just a lending ear. He has helped me emotionally through the years of knowing him and honestly he is and will always be my rock… Charlie is a good person with a big heart who is loved by his family, his friends and his partner… He is loved by many and I personally love him to the moon and back.
> Ex. C at 3.

That sentiment is echoed by other JetBlue flight attendants who have known Charlie for decades and they universally describe him as a "dedicated and hardworking individual, consistently demonstrating his professionalism and has always had a strong commitment to his responsibilities." Ex. C at 10. Those letters extolling Charlie's self-evident work ethic and his decidedly incongruous offense conduct frustrates a satisfactory explanation to all who know him.

Charlie's niece, Sharleen, and nephew, Samuel exalt the many virtues of their Uncle Charlie and the incomparable role he has played in their respective lives. Ex. C at 8, 9. In essence, Charlie became their father after their biological father abandoned them, and it's evident that Charlie's absence from their lives would be crushing for them both. Id. Samuel credits his uncle with guiding him to college and Charlie generously co-signed on his education loan. Id. Sharleen describes her uncle as the "pillar" in her family and his presence eased her concerns about finances and that he has always been "extremely giving, kind, reliable and loving." Id. Charlie has always been a dependable, loving, and faithful presence throughout both of their lives and tragically that is now potentially over.

Charlie's elderly parents, Pedro Hernandez and Flory Fernandez, remain steadfast in their love and support for their son during this challenging time and express an abiding fear that their son may go to jail. Ex. C at 7. Both express the collective shock in the Hernandez family that Charlie engaged in the instant offense conduct and the family's deep disappointment in him. Id.

▌

In part, the shared surprise is that his conduct is so clearly aberrant to the Charlie they all know and love:

> When we learned the news of his arrest, all of us cried as if we had received the worst news in the world – which it was. We are not a family where this situation is normal; we are God-fearing people. My son is full of deep sadness and regret about what happened but, with the faith and trust that God is merciful, we hope this will have a positive end.
> Id.

Charlie's parents are sanguine and ever hopeful about their son, "If God wills it, my son Charlie will come out of this stronger and continue to work as he has done his entire life." Id.[5]

Charlie's close friend, Denise Felipe-Adams, is absolute that Charlie is deeply regretful, and that his offense conduct was anomalous which she confidently believes he will never repeat. Ex. C at 12-13.  Denise strikes a redemptive chord describing Charlies as a kind, thoughtful and generous with his time. Id ████████████ d.  Denise emphatically declares "Charlie's genuine love and support where instrumental in my healing process… I am eternally grateful to his love and support." Id.

████████████████████████████████████

████████████████████████████████████

The assembled letters extol Charlie's resolute commitment to helping others in need and his inherent humanity.

Ultimately, the abundant love demonstrated by Charlie's kind and generous family turned out to be bittersweet, albeit due to his regretful decision to engage in the instant offense conduct. Paradoxically, the very people who love Charlie the most, his family and friends, have suffered

---

[5] A photograph of Charlie with his nephew Samuel, niece Sharleen, his sister Floris and his parents, Pedro and Flory, (Charlie is second from the left wearing a striped t-shirt) is attached as Exhibit D.
[6] ████████████████████████████

the most as a result of his criminal conduct.  In particular, he has placed his elderly parents in the terribly precarious position of losing their son to jail.

Charlie deeply feels the betrayal, disgrace, and humiliation his behavior has caused his family as well as the incalculable harm that narcotics visit on society.  Despite his current predicament, Charlie counts himself very lucky that he has so many good people who love him and want to help him as he struggles through life and moves on from the instant criminal case.

Charlie writes quite forthrightly and thoughtfully:

███ ███                                                   ███
career of 23 years with JetBlue Airways, where I had the privilege of working my way up from a customer service agent to a lead flight attendant. I have lost the respect of my colleagues, my friends, most painfully my family and my own self esteem. My actions have brought shame upon myself, my parents, my siblings, and the people who have always supported me. I am heartbroken over the disappointment I've caused, especially to those who trusted me. They did not deserve the hurt I've brought into their lives. The sorrow I feel for betraying their love and support is immeasurable.
Ex. A.

### (3) *Significantly Below Guidelines Sentence is Sufficient, But Not Greater than Necessary, to Satisfy the Purposes of Sentencing*

Charlie has continued to show remorse and reflect on how his criminal conduct affected society, drug abusers and his family; a sentence of home confinement and a period of years of supervision will undoubtedly serve as a deterrent against any future recidivism. Charlie has confided that the last seven months while this case has been pending have been deeply impactful upon him and he is unyielding in his desire to turn his life around. ███████████
████████████████████████████████████████████████████████████

While nothing can overstate the seriousness of the offense conduct in this case — Charlie facilitated the smuggling of narcotics proceeds to the Dominican Republic — the lengthy sentence provided by the Guidelines does not properly calibrate "just punishment" that is "sufficient but not greater than necessary" to meet the sentencing statute's goals.  While lawmakers are understandably anxious to address our nation's drug crisis and associated crimes like the instant offense, there is simply no empirical evidence that tougher prison sentences in line with the Guidelines are an effective means of deterrence. *See United States v. Diaz*, No. 11-CR-00821 (JG), 2013 WL 322243, at * 1 (E.D.N.Y. Jan. 2013) ("the Guidelines ranges for drug trafficking offense are not based on empirical data, Commission expertise, or the actual culpability of defendants. If they were, they would be much less severe, and judges would respect them more.").

Even without incarceration, a felony conviction carries with it a wide range of often life-long penalties and important consequential deterrent effects on society. *See generally United States v. Chevelle Nesbeth*, 188 F. Supp. 3d 179 (E.D.N.Y. 2016) (factoring in collateral

consequences when imposing a non-incarceratory sentence in a drug trafficking case.). And there are severe informal consequences as well, convictions have a devastating effect on an individual's ability to find employment. *See*, *e.g. Job Hunting with a Criminal Record,* N.Y. Times (Mar. 19, 2015) *available* [https://www.nytimes.com/2015/03/19/opinion/job-hunting-with-a-criminal-record.html](https://www.nytimes.com/2015/03/19/opinion/job-hunting-with-a-criminal-record.html) ("People with criminal records often face all manner of entrenched and unjustified prejudice. Studies have found that job applicants who reported having a criminal record were 50 percent less likely to receive a callback or job offer."). Here, Charlie's future economic prospects will forever be limited by this conviction. Indeed, Charlie was fired from JetBlue and he will never be allowed to work as a flight attendant again; now in his mid-40s Charlie will have to chart a new career path for himself.

Furthermore, sentencing Charlie to home confinement rather than prison will not create any unwarranted sentencing disparities. *See* § 3553(a)(6). In the context of narcotics cases, courts routinely decline to send first-time drug offenders, especially those who acted as couriers, to prison, even where the quantity involved is substantial or when there are aggravating factors. In *United States v. Gregory*, 18 Cr. 778 (RA) (S.D.N.Y. March 14, 2019), this Court imposed a sentence of time served on a 23 year long career United States postal worker who smuggled drugs along his postal route. *See also, e.g., United States v. Forrester,* 21-CR-683 (VM) (S.D.N.Y. April 14, 2023) (sentence of home confinement and probation for U.S. postal worker who abused his position to distribute narcotics with a stipulated guideline range of 87 to 108 months); *United States v. Hamilton*, 21 Cr. 123 (VB) (S.D.N.Y. March 21, 2022) (sentence of time served and home confinement on a delivery driver who delivered fentanyl pills on his route); *United States v. Herrera*, 15 Cr. 610 (AT) (S.D.N.Y. April 26, 2016) (sentence of time served and supervised release on a truck driver who made multiple trips to transport heroin across the country and was arrested with 25 kilograms of heroin).

Finally, the $121,215 forfeiture order is a significant amount that should suffice for purposes of deterrence. Indeed, in regard to Charlie specifically, he will likely spend many years after his release from jail paying back the forfeiture amount. It will be a constant and important reminder to Charlie that he committed a very serious crime and will suffer the consequences for the long-term. *See United States v. Seemongal* (E.D.N.Y. Jan. 10, 2012), 2012 WL 4049594 (Court imposed sentence of time-served with defendant total offense level of 18 in fraud case noting "general deterrence is effectuated by the restitution order").





████████████████████████████████████████████████████████████████
██████████████████████████

███████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████

████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████

## IV.    <u>Conclusion</u>

██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
███████████████████████████████████████████████ Charlie is not beyond redemption, rather he is a man filled with an abundance of compelling qualities that speak to his hope, kindness and his essential goodness.

We respectfully request the Court sentence Charlie to a term of home confinement, community service and supervision; needless to say we are cognizant that this request is a significant variance from the guideline range. ███████████████████████████████
██████████████████████████████ Charlie is a first time offender who has never before

been incarcerated or subjected to the criminal justice system and he now will forever be brandished a "criminal" and will face a lifetime of the severe collateral consequences. This – combined with home detention, community service, and supervised release – constitute sufficient and just punishment.

Sincerely,
/s/
Christopher Wright

# Exhibit A

**Dear Judge Ronnie Abrams,**

I, Charlie Hernandez, am writing to you as I approach my sentencing hearing on December 20, 2024. Words cannot fully express the depth of my regret and the sorrow I feel for the pain, suffering, and disruption my actions have caused. I am devastated by the harm I have inflicted on my family, my community, and everyone affected by my behavior. I take full responsibility for my actions, and I am deeply ashamed of what I have done.

There is no excuse for my actions. I know that no apology can undo the damage I've caused or make right the wrongs I've committed. But I want you to know, with all my heart, how truly sorry I am. My decisions are now a ton of weight sitting on my chest, and the consequences playing over and over in my head. I have hurt people I love and respect, and the guilt I feel is overwhelming. ████████████████████████████████████
████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

I know that words cannot fix what I've done. I have a long and difficult road ahead of me, one that I must walk with humility, hard work, and a sincere desire to ████████████████████
████████████████████████████████████████████████████
████████████████████████████████ But I know this is just the beginning. The path to healing will be long, and I am committed to doing the hard work to rebuild my life and earn back the trust I have lost.

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
genuine remorse I feel, the steps I've taken to confront my demons, and commitment to changing

my life. I am not trying to avoid accountability. What I ask for is an opportunity to continue on the path of personal growth and rehabilitation, to prove that I can become a better person—one who can contribute positively to society and no longer be a source of pain to those around me.

Thank you for taking the time to read my letter. I understand the immense responsibility you have in making your decision, and I am prepared to face whatever consequences come my way. Above all, please know that I am deeply sorry for the harm I've caused. I will spend the rest of my life working to become someone who is worthy of the chance to move forward.

With the utmost remorse and respect,
Charlie Hernandez

Exhibit B

Exhibit C

**Lauren Almonte**
Client Finance Director of ConcentricLife.
2020 Harvest Landing Circle
Lakland. Fl, 33810
L.Almonte@yahoo.com
Profession LinkedIn: www.linkedin.com/in/lauren-almonte-862a593
1-646-391-4269

October 19, 2024

**Honorable Judge Ronnie Abrams**
500 Pearl Street
New York, NY,10007

**Reference: 24-CR-00447-RA {USA Vs, Hernandez}.**

Dear Honorable Judge Ronnie Abrams,

I am writing to you in my capacity as a close and Personal friend of Charlie Hernandez It is with great pleasure that I share my thoughts on his character and the qualities that make Charlie Hernandez a remarkable person.

I have known Charlie Hernandez for Fourteen (14) Years and during this time, I have witnessed his unwavering kindness, integrity, and dedication. He consistently goes above and beyond to support those around him demonstrating a genuine concern for the well-being of others.

One instance that stands out to me over the years, Charlie has been my confidant and travel companion, and our bond has deepened through countless adventures together. In a group where most were coupled up, Charlie and I stood as the singles, forging a unique friendship that blossomed during our travels to places like China, Thailand, Brazil, and beyond. Through these experiences, I have come to appreciate the spiritual, soft, and nurturing side of Charlie. He has a remarkable ability to make others feel supported and understood.

██████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████

In that moment, I truly understood the depth of Charlie's compassion, love, and understanding. He is not only a wonderful friend but also an incredible human being who consistently demonstrates what it means to be there for others.

I wholeheartedly recommend Clemency and Leniency for Charlie Hernandez and have no doubt that he will continue to make a positive impact and thrive in his community.

If you require any further information or specific examples, please do not hesitate to contact me.

Thank you for considering my perspective on Charlie Hernandez I am confident that you will find him to be as exceptional as I have.

In Power and Faith,

*Lauren Almonte*

Exhibit C2

Maria L. Ortega
10121 Brokers Tip Lane, Apt. 206
 Raleigh, North Carolina 27617
(917) 309-8485
marieortega69@hotmail.com


October 23, 2024


To Whom It May Concern:

My name is Maria Ortega and I am an Inflight Crewmember with JetBlue Airways for more than 20 years. I am writing this character letter on behalf of my good and dear friend Charlie Hernandez. I have known Charlie for more than 20 years working for the same company. I met Charlie when he was working Airport Ops at JFK International Airport. He is and always will be a hard working individual, very professional at his job and always made sure his passengers and fellow colleagues were well taken care of. I have always identified him as very trustworthy, reliable and supportive.



to read this letter and I pray it shows some insight of who Charlie Hernandez is and will always be. He is loved by many and I personally love him to the moon and back.

Please feel free to reach out to me for any additional information.

Respectfully submitted,

Maria L. OrtOrtega

Exhibit C3

Mariela Maria
1 Short Hill Rd
New City , NY 10956

Mobile: 917-531-6334
Email: Mary1804@hotmail.com

To Whom it May Concern

My name is Mariela Maria, and I've been friends with Charlie Hernandez since 2004, when I first started working in airport operations at JetBlue Airways. From my first week on the job, Charlie welcomed me with open arms, making me feel at home and supporting me every step of the way. He trained me to work the gates and ticket counters, instilling confidence and comfort as I adjusted to the role. Our friendship grew quickly, and we soon got to know each other's families. I still remember how thrilled he was when he became an uncle for the first time. Charlie is incredibly family-oriented and truly devoted to his loved ones.

While I understand and respect that Charlie has pled guilty to the charges, I wanted to share a bit more about the person I know. Charlie is a genuinely caring individual with a big heart. For the past two years, we've worked together at the Newark base, and every time we worked trips, he made sure I was taken care of, checking that I'd eaten and was doing well. Charlie's dedication to his job and commitment to giving excellent service never wavered. I've always admired him for his hard work and his commitment to being a caring son, brother, uncle, and friend.

Thank you for taking the time to read this letter. If you have any questions, please feel free to contact me.


Sincerely,

Mariela Maria

Exhibit C4

**Dear Judge Ronnie Abrams,**

I, Karla Almonte have known Charlie Hernandez all my life. As my god brother, Charlie has always been a person who I can rely on when I was growing up. I can confirm that in all the time I have known him, he has been a reliable, trustworthy and decent person. He has always been a very responsible and respectful person.
I'm so grateful charlie was such a big role model in my childhood and also adulthood.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe charlie to be an honorable individual, a valuable member of my family and a good human being but most importantly a great god brother.

Sincerely.
Karla Almonte

Exhibit C5

November 1, 2024

Cynthia Rosario
12 Walter Drive
Stony Point, NY 10980
(917)498-1264
Cynthiar0706@gmail.com

To Whom It May Concern:

My name is Cynthia Rosario and I am writing this letter for Charlie Hernandez whom I've known for close to 20 years as my colleague and as a friend at JetBlue Airways. Over the course of the years I have always known Mr. Hernandez as being an extremely hardworking individual, always there to give a helping hand when needed,  extremely kind, dependable, and well regarded among his peers.  This is why I was surprised when I got the news of the accusations against him.

Although I know he has pleaded guilty to the crime he has been accused of I am writing this letter in order to shed light on the person he is. Mr. Hernández as I stated before has always demonstrated on being an extremely hard working individual he would work 6 days a week if needed in order to make the necessary hours to be able to help out his family. Many times I've had to call him last minute because my daughter was sick or I didn't have a sitter and I would need him to work a flight for me. It didn't matter how tired he was or at what time I called him he was always willing to help me out. When my father passed away in 2020 due to COVID complications Mr. Hernandez was one of the first to reach out and offer a shoulder to cry on and be there for me in anything that I needed.

Thank you for taking the time to read my letter. I'm hoping that the contents of this letter will help my colleague & friend Charlie Hernandez in getting all charges dropped against him. If there is a need for any clarification in regards to this letter I am available to answer any questions.

Sincerely yours,

Cynthia Rosario

Pedro Hernandez and Flory Fernandez
21-40 35th Ave Apt 4B
Astoria, NY, 11106
718-482-8201

To: The Honorable Ronnie Abrams

We are Flory Fernandez and Pedro Hernandez, Charlie Hernandez's parents. We had him on April 30th- three days after his father's birthday, we had hopes that he would grow up to be successful and kind. Our wish had come true; our son was a professional who is loved by many. As a mother, I am devastated by this situation and live in fear of seeing my son go to prison. As a father, I am hurt but I have faith that we will overcome this.

Since childhood, our son Charlie Hernandez has been dedicated to his studies and his work. Throughout the course of his life, he worked at several commercial stores until he got to the airline JetBlue where he dedicated 24 years of his life. He is kind and hardworking and an important member of our family. Charlie is very loved by us; he is loved by those who know him. He is extremely charismatic and is the kind of person who is there for others when they most need him. He is a great support for his family. Charlie has always been responsible even as a child. We raised Charlie to be a good person and, to be generous and we thank God that despite this situation- he is.

When we learned the news of his arrest, all of us cried as if we had received the worst news in the world- which it was. We are not a family where this situation is normal; we are God-fearing people. My son is full of deep sadness and regret about what happened but, with faith and trust that God is merciful, we hope this will have a positive end. If God wills it, my son Charlie will come out of this stronger and continue to work as he has done his entire life.

Thank you for allowing us the opportunity to speak on our son. We ask Your Honor to please have mercy on our son.

Sincerely,

Pedro Hernandez (Father)
10/6/24

Flory Fernandez (Madre)
10/6/24

Sharleen Villalona
21-40 35th Ave Apt 4B
Astoria, NY, 11106
SharleenVillalona@gmail.com

To: The Honorable Ronnie Abrams

My name is Sharleen Villalona and I am writing this letter in hopes of showing you who my uncle, Charlie Hernandez is. I have known my uncle my entire life, twenty-four years. He was there for my birth just like he was there when I graduated from Penn State University. As long as my uncle wasn't working, he was there for me at every birthday, every holiday, every report card day. Not only is Charlie Hernandez my uncle, he is also my brother and I's legal guardian- our father.. He filled the hole that that my biological dad left in every aspect- he was there physically, emotionally, and financially.

I understand that my uncle has pled guilty to his crimes but I would like to tell you about what kind of human being Charlie is. He is a man with a brilliant smile and a loud laugh. He is extremely giving, kind, reliable, and loving. My uncle is a great friend and an even better family member. He is the kind of person that took legal responsibility of his sister's young children. He is the kind of person who will drive 250 miles to help me move in my dorm at Penn State every summer and every winter break. He is the kind of person my family calls when we need help. When I was buying clothes for my freshman year of high school, my uncle took me shopping and let me get whatever I wanted. He would spend time with me and my brother- we would watch movies and Disney shows. My uncle is the kind of person who co-signed my brother's student loan for college.

He is the pillar of my immediate family that consists of my grandparents, my mother, and my younger brother. My entire life I never worried financially because I had a hard working uncle who made sure we never needed anything. Anytime, and I truly mean anytime, any of us were going through hard times financially my uncle Charlie would be there to pick up the pieces. Now, as we live through this nightmare we have lost all stability. I was always grateful for my uncle and all he has done for his family but my gratitude has only multiplied. This entire situation has devastated family and I but we believe in God and believe that everything happens for a reason.

The man who chose to be my father is remorseful for his actions and has accepted responsibility. He is actively trying to better himself as he meets with his pre-trial officer and his therapist weekly. Your Honor, I humbly ask that you consider my words when coming to a decision about my uncle's future- please have mercy on him.

Sincerely,

Sharleen Villalona
10/6/24

Samuel Villalona

2140 35th ave APT 4B Astoria, NY 11106

Villalonasamuel@gmail.com

347-536-4988


To the honorable Ronnie Abrams,

My name is Samuel Villalona and I am writing this letter on behalf of my uncle Charlie Hernandez. He is my mothers only brother and I have known him my whole life. I have always known my uncle to a hardworking and generous man. He has been a father figure for me and my sister Sharleen in many ways. He became our guardian when he did not have to showing his selfless character. Taking in two kids in your twenties is no easy task. When we had parent teacher conferences he would always show up. He attended our graduations; any event where a father needed to be, he was there for us.

I am writing this letter because my uncle Charlie has taken responsibility for his actions. But I am here to tell you what kind of person he is. My uncle is the reason I am able to attend college and fulfill my dreams of becoming a pilot. He co-signed my student loan allowing me to attend Vaughn College of Aeronautics which gives me college courses and Flight training at the same time. Without my uncle I would not be where I am today. He has given me more than I can ask for. Not only has he been more than a great father figure but he has always and will continue to be a family man.

I thank the court for allowing me to write this letter. I ask of you Judge Abrams to please have some leniency in regards to my uncle.

Sincerely,

Samuel Villalona

Exhibit C9

FROM THE DESK OF

# ANGIES HERNANDEZ, MBA

To Whom It May Concern,

My Name is Angies Hernandez and I am a flight attendant at Jetblue Airways. I am writing this character reference on behalf of Charlie Hernandez whom I have known for 20 years, through our time working together at JetBlue. Charlie is a dedicated and hardworking individual, consistently demonstrating professionalism and has always had a strong commitment to his responsibilities. His positive attitude and willingness to support his colleagues have made him an asset in his role here at work, and I have always found him to be reliable and trustworthy.

He has been invaluable to me and his demeanor has always reflected a genuine care for the people he works with and serves. In more of a personal statement, Charlie has always helped me through the years emotionally and always cheered me on at every phase of my life. I don't only speak for myself but everybody loves Charlie. Charlie is a person you can rely on, he will take the shirt of his back to help anyone that ask. He is genuine and kind, and will always tell you the truth. He is a dear friend of mine that I admire and respect.

I am writing this letter to provide the court with an understanding of Charlie's character, as I believe he is a responsible and respected individual. I respect and understand that he has pled guilty to his charges, but I wanted to give you a fuller picture of who he is. He is a partner, a colleague, a friend, a son.

I trust that this reference helps to offer insight into Charlie's personal qualities and to attest to his reliability and integrity in both professional and personal matters. I want to thank the court for taking the time to read my letter. Please feel free to reach out if you require any additional information, my information is listed below.

Sincerely,

*Angies Hernandez MBA*

Exhibit C10

Maribel Feliciano

6 Kross Court

Medford N. Y. 11763


646 399 62775


spcag@yahoo.com


To whom it may concern:


I, Maribel Feliciano, have known Charlie Hernández since his childhood and he has been a

person very dedicated to his responsibility for his work.

Charlie Hernández for me is a person with many human values and above all he is a person

dedicated to what he does.

I can also say with great certainty that he is a very honest citizen and a very capable human

being to help others.

Charlie Hernandez is more than a human being, and to me he's like a son.


If I can be of more help

I can be reached at

#646-399 6275


Kind regards

Maribel Feliciano

Exhibit C11

Denise Felipe-Adams
314 Weirfield Street
Brooklyn, NY 11237
Dfa.1nyc@gmail.com |C: 954-825-9754

October 24, 2024

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New Yor, NY 10007

Re: Charlie Hernandez
Doc#: 24-cr-00447-RA (USA vs. Hernandez)

Dear Judge Abrams,

My name is Denise Felipe-Adams, and I am writing to you concerning the sentencing of my friend, Charlie Hernandez. I serve as the Executive Director at the Mayor's Office of Innovation and Emerging Markets for the City of New York.

I understand that making a decision about someone you don't know well can be one of the most challenging aspects of your role. I recognize that Mr. Hernandez has pleaded guilty to a crime, and I respectfully ask, Your Honor, that you read this letter with an open heart.

I first met Mr. Hernandez in the summer of 2016 during a bike outing with mutual friends in Pennsylvania. We instantly connected, sharing laughter and funny stories to kick off the ride. Within just five minutes on the trail, I got a flat tire, and Charlie came to my aid. He fixed it for me, providing a sense of safety and reassurance, especially as one of only two women in a large group of men. I truly appreciated his gesture. From that moment on, our friendship blossomed, and we've shared many enjoyable times with our extended families and friends.

I have known Charlie for many years through his work at JetBlue Airlines, where he is highly regarded for his kindness and courtesy towards customers. Additionally, he is a talented makeup artist who has generously provided me with fabulous makeup services on numerous occasions, including recently for a significant event. He stepped in to help me look and feel glamorous. Throughout our friendship, he has consistently shown respect and kindness to me, my family, and our mutual friends, always filled with love.



Mr. Hernandez is a kind, generous, and chivalrous gentleman, as well as a passionate hard worker. What I admire most about him is his loyalty. This legal situation has placed immense stress on his physical and mental well-being, leading to complicated health issues. The possibility of Charlie facing prison has brought stress, humiliation, and devastation to his family and loved ones, affecting us all deeply.

Your Honor, I ask you to consider that Charlie will not find himself in this position again. He is truly remorseful and ashamed of his actions, taking full responsibility for the harm caused. I respectfully request your leniency on his behalf.

Sincerely,

Denise Felipe-Adams

Exhibit D



Exhibit E

Exhibit F