

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

February 12, 2025

**BY ECF & EMAIL**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Charlie Hernandez,* 24 Cr. 447 (RA)

Dear Judge Rochon:

    The Government respectfully writes regarding forfeiture in the above-referenced matter and attaches a revised consent preliminary order of forfeiture. The revised order amends the defendant's forfeiture from $121,215 to $60,000. This revision reflects the fact that law enforcement recovered $61,215 of the $121,215 provided to Hernandez by CW-1 when fellow flight attendant Sara Valerio Pujols (*see United States v. Pujols*, No. 24 Cr. 442 (NRB)) was stopped by Customs and Border Protection on or about December 20, 2019.

    Thank you for your consideration of this matter.

    Respectfully submitted,

    DANIELLE R. SASSOON
    United States Attorney for the
    Southern District of New York

By: _____
    Benjamin A. Gianforti
    Assistant United States Attorney
    (212) 637-2490

Cc:    Christopher Wright, Esq., counsel to David Carmona (by ECF & email)